ACCEPTED
06-15-00154-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/11/2015 2:26:03 PM
DEBBIE AUTREY
CLERK

Appellate Docket Number:

Appellate Case Style: Style:  ARTIS LADELLE WILLIAMS

Vs.  State of Texas

Companion Case:

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

9/14/2015 9:48:00 AM

DEBBIE AUTREY
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court:  6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under  TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name:  ARTIS | ☒ Lead Attorney |
| Middle Name:  ADELLE | First Name:  EBB |
| Last Name:  WILLIAMS | Middle Name:  B |
| Suffix: | Last Name:  MOBLEY |
| Appellant Incarcerated?  ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☒ Appointed  ☐ District/County Attorney |
| Pro Se:  ○ | ☐ Retained  ☐ Public Defender |
| | Firm Name:  ATTORNEY AT LAW |
| | Address 1:  P.O. BOX 2309 |
| | Address 2: |
| | City:  LONGVIEW |
| | State:  Texas  Zip+4:  75606 |
| | Telephone:  903-757-3331  ext. |
| | Fax:  903-753-8289 |
| | Email:  ebbmob@aol.com |
| | SBN:  14238000 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

**III. Appellee**

First Name: THE STATE OF TEXAS

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated?  ☐ Yes ☐ No

Amount of Bond:

Pro Se: ○

**IV. Appellee Attorney(s)**

☒ Lead Attorney

First Name: COKE

Middle Name:

Last Name: SOLOMON

Suffix:

☐ Appointed   ☒ District/County Attorney

☐ Retained   ☐ Public Defender

Firm Name: HARRISON COUNTY

Address 1: P.O. BOX 776

Address 2:

City: MARSHALL

State: Texas     Zip+4: 75671

Telephone: 903-935-8408   ext.

Fax: 903-938-9312

Email: cwsolomon@charter.net

SBN: 24041954

Add Another Appellee/Attorney

---

**V. Perfection Of Appeal, Judgment And Sentencing**

Nature of Case (Subject matter or type of case): Controlled Substances

Type of Judgment: Bench Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: September 9, 2015

Offense charged: POSS OF CONTROLLED SUBSTANCE

Date of offense: December 31, 2014

Defendant's plea: Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes ☐ No

Was the trial by:  ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: September 9, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 10 YRS. COUNT 1 & 15 YRS COUNT 2

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

---

**VI. Actions Extending Time To Perfect Appeal**

Motion for New Trial:  ☒ Yes ☐ No   If yes, date filed: September 14, 2015

Motion in Arrest of Judgment: ☐ Yes ☐ No   If yes, date filed:

Other: ☐ Yes ☐ No   If yes, date filed:

If other, please specify:

---

**VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)**

Motion and affidavit filed:  ☒ Yes ☐ No ☐ NA   If yes, date filed: UNKNOWN

Date of hearing:   ☐ NA

Date of order:   ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA   If granted or denied, date of ruling:

## VIII. Trial Court And Record

| | |
|---|---|
| Court: **71ST DISTRICT COURT** | Clerk's Record: |
| County: **HARRISON** | Trial Court Clerk: ☒ District ☐ County |
| Trial Court Docket Number (Cause no): 15-0053X | Was clerk's record requested? ☒ Yes ☐ No |
| Trial Court Judge (who tried or disposed of the case): | If yes, date requested: **Sep 14, 2015** |
| | If no, date it will be requested: |
| First Name: **BRAD** | Were payment arrangements made with clerk? |
| Middle Name: | ☐ Yes ☐ No ☒ Indigent |
| Last Name: **MORIN** | |
| Suffix: | |
| Address 1: **200 WEST HOUSTON STREET, SUITE 219** | |
| Address 2: | |
| City: **MARSHALL** | |
| State: **Texas** Zip + 4: **75670** | |
| Telephone: **903-935-8407** ext. | |
| Fax: **903-935-9963** | |
| Email: **bradm@co.harrison.tx.us** | |

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☐ Yes ☒ No

If yes, date requested: **Sep 11, 2015**

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter ☐ Court Recorder
☐ Official ☐ Substitute

| | |
|---|---|
| First Name: **TANYA** | |
| Middle Name: | |
| Last Name: **MCFARLAND** | |
| Suffix: | |
| Address 1: **200 WEST HOUSTON STREET, SUITE 219** | |
| Address 2: | |
| City: **MARSHALL** | |
| State: **Texas** Zip + 4: **75670** | |
| Telephone: **903-935-8407** ext. | |
| Fax: **903-935-9963** | |
| Email: | |

## IX. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: [redacted]                           Court: [redacted]

Style: [redacted]

    Vs. [redacted]

## X. Signature

_____

Signature of counsel (or Pro Se Party)                Date: September 11, 2015

_____                        State Bar No: 14238000

Printed Name:

Electronic Signature: /s/ EBB B. MOBLEY              Name: EBB B. MOBLEY
    (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on September 11, 2015          .

_____

Signature of counsel (or pro se party)                Electronic Signature: /s/ EBB B. MOBLEY
    (Optional)

State Bar No.: 14238000

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: September 11, 2015

Manner Served: eServe

First Name: COKIS

Middle Name:

Last Name: SOLOMON

Suffix:

Law Firm Name: HARRISON COUNTY

Address 1: P.O. BOX 776

Address 2:

City: MARSHALL

State Texas      Zip+4: 75671

Telephone: 903-935-8408    ext.

Fax: 903-938-9312

Email: cwsolomon@charter.net